Law Firm of
**Susan K Marcus LLC**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆ E: susan@skmarcuslaw.com

July 1, 2020

<u>VIA ECF</u>

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #161.

SO ORDERED.

July 2, 2020

In re: *United States v. Arguedas (on behalf of Simone Cordero)*

Dear Judge Furman:

I write to request a modification of Ms. Cordero's bond conditions. When bond was set initially, the parties agreed, and the Court ruled, that Ms. Cordero's bond conditions would include home incarceration, until the conditions of Ms. Cordero's bond were satisfied. Upon satisfaction of those conditions (finding two financially responsible co-signers), Ms. Cordero would be able to request that her bond be modified to home detention, to allow her to work. Those conditions have been satisfied. Pretrial Services supports a modification of Ms. Cordero's conditions to home detention, and the government consents to the modification to home detention.

Therefore, Ms. Cordero requests an immediate modification of her bond conditions to home detention, allowing her to leave her home for work, and other activities as approved by her pretrial services officer.[1]

Thank you for your consideration of this request.

Sincerely,

Susan K. Marcus. Esq.
Attorney for Simone Cordero

---

[1] Home detention required a participant to remain at home at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court-ordered obligations, or other activities as approved by the officer. *See* http://probation.nysd.uscourts.gov/location-monitoring-program (last visited July 1, 2020).