Law Firm of
**Susan K Marcus LLC**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆ E: susan@skmarcuslaw.com

December 22, 2020

<u>VIA ECF</u>

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

In re: *United States v. Arguedas (on behalf of Simone Cordero)*
20-CR-135-10 (JMF)

Dear Judge Furman:

I write to request a modification of Ms. Cordero's bond conditions. Ms. Cordero is on home detention and wears an ankle bracelet. The court previously approved a request for an MRI on November 27, 2020. However, Pretrial Services was closed that day, and Ms. Cordero had to reschedule the appointment. The appointment has been rescheduled for January 6, 2021 at 11:15am. Her ankle bracelet needs to be removed for this procedure.

Ms. Cordero requests that pretrial be allowed to remove her ankle bracelet for one day. She will travel in the morning of January 6, 2021, from her home to Pretrial Services, where they will remove the bracelet. She will then travel to the hospital for her MRI. Upon completion of the MRI, she will return to Pretrial Services that same day to have the bracelet put back on, and then will return home. AUSA Danielle Sassoon and Pretrial Officer Ahmed consent to the temporary modification.

Thank you for your consideration of this request.

Sincerely,

*Susan K Marcus*

Susan K. Marcus. Esq.
Attorney for Simone Cordero

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 321.

SO ORDERED.

December 22, 2020