Law Firm of
# Susan K Marcus LLC
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆ E: susan@skmarcuslaw.com

May 27, 2021

<u>VIA ECF</u>

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

In re: *United States v. Arguedas (on behalf of Simone Cordero)*, 20-cr-135 (JMF)

Dear Judge Furman:

I write to request an additional week to file pretrial motions in this case. I have suffered a personal loss and require additional time to finalize review of discovery, meet with Ms. Cordero, and research and file motions. The government consents to this request.

Thank you for your consideration of this request.

Sincerely,

Susan K. Marcus. Esq.
Attorney for Simone Cordero

The Court extends its condolences to counsel. Application GRANTED. The Clerk of Court is directed to terminate Doc. #405. SO ORDERED.

May 27, 2021