

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 24, 2021

**BY ECF**

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 443.  SO ORDERED.

June 25, 2021

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:**   *United States v. Simone Cordero and Matthew Nieves,* **S5 20 Cr. 135 (JMF)**

Dear Judge Furman,

The Government writes with the consent of counsel for defendants Simone Cordero and Matthew Nieves to request an adjournment of the Government's deadline to respond to the pretrial motions filed by both defendants, which is currently June 25, 2021.  The Government has engaged in discussions regarding pretrial resolution with both defendants and has either sent or anticipates sending within the next 24-48 hours written plea agreements to each defendant.  Therefore, the Government respectfully requests that the Court adjourn the deadline to respond to both defendants' pretrial motions either for a period of three weeks or within seventy-two hours of a defendant's rejection of the Government's plea offer.  The Government does not anticipate that the adjournment will result in any delay in these proceedings, given that trial is currently scheduled to commence on March 7, 2022.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Danielle R. Sassoon / Andrew K. Chan
Brandon Harper / Jaclyn M. Wood (SAUSA)
Assistant United States Attorneys
Southern District of New York
(212) 637-1115 / 1072 / 2209

cc:    Counsel for Simone Cordero and Matthew Nieves (by ECF)