

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 14, 2021

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Simone Cordero,* S5 20 Cr. 135 (JMF)

Dear Judge Furman,

    The Government writes with the consent of counsel for defendant Simone Cordero to request an adjournment of the Government's deadline to respond to her pretrial motions, which is currently Thursday, July 15, 2021, or seventy-two hours after the defendant's rejection of the Government's plea offer. The Government has extended a plea offer to the defendant and anticipates receiving a response on or before Friday, July 23. Accordingly, the Government respectfully requests, with the consent of defense counsel, that it have until July 26, 2021 to respond to the defendant's pretrial motions if the Government's offer is rejected. The Government does not anticipate that the adjournment will result in any delay in these proceedings, given that trial is currently scheduled to commence on March 7, 2022.

Application GRANTED. The Clerk of Court is directed to terminate Doc. #468. SO ORDERED.

July 14, 2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Danielle R. Sassoon / Andrew K. Chan
Brandon Harper / Jaclyn M. Wood (SAUSA)
Assistant United States Attorneys
Southern District of New York
(212) 637-1115 / 1072 / 2209

cc: Counsel for Simone Cordero (by ECF)