Law Firm of
**Susan K Marcus LLC**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆ E: susan@skmarcuslaw.com

November 7, 2021

<u>VIA ECF</u>

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

In re: *United States v. Arguedas (on behalf of Simone Cordero)*, 20-cr-135 (JMF)

Dear Judge Furman:

I write to request an adjournment of Ms. Cordero's sentencing. Due to the continuing delays caused by the COVID-19 pandemic, we have still not received important records and other information for her sentencing. I also have a two-month trial out of district starting January 17, 2021.

I therefore request an adjournment to mid or end of March, 2021. AUSA Brandon Harper consents to the adjournment. Ms. Cordero is out on pretrial release and compliant with all conditions.

Thank you for your consideration of this request.

Sincerely,

Susan K. Marcus. Esq.
Attorney for Simone Cordero

Application GRANTED. Sentencing is hereby ADJOURNED to March 22, 2022, at 3:15 p.m.. The Clerk of Court is directed to terminate Doc. #579. SO ORDERED.

November 8, 2021