Law Firm of
**Susan K Marcus LLC**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆ E: susan@skmarcuslaw.com

December 8, 2021

<u>VIA ECF</u>

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

In re: *United States v. Arguedas (on behalf of Simone Cordero)*, 20-cr-135 (JMF)

Dear Judge Furman:

I write to request a modification of Ms. Cordero's bond conditions. She is currently on a curfew with hours set by pretrial services. Her current travel restrictions are limited to the Southern and Eastern Districts of New York.

I write to request that the Court also allow Ms. Cordero to travel to the District of New Jersey. This will allow her to meet several obligations, including meeting with her New Jersey attorney, to visit family, and to pursue additional employment and more affordable housing. Both Pretrial Services and the government consent to this requested modification of Ms. Cordero's conditions. She has been fully compliant with all conditions to date.

Thank you for your consideration of this request.

Sincerely,

*[signature]*

Susan K. Marcus. Esq.
Attorney for Simone Cordero

Application GRANTED.  The Clerk of Court is directed to terminate Docket No. 600.

SO ORDERED.

*[signature]*

December 9, 2021