Law Firm of
**Susan K Marcus LLC**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆ E: susan@skmarcuslaw.com

April 25, 2022

<u>VIA ECF</u>

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

In re: *United States v. Arguedas (on behalf of Simone Cordero)*, 20-cr-135 (JMF)

Dear Judge Furman:

I write to request a brief adjournment of Ms. Cordero's sentencing. I am also still awaiting additional records that are important for her sentencing presentation.

I request a two-or three-week adjournment, to a date convenient for the Court. AUSA Brandon Harper consents to the adjournment. Ms. Cordero is out on pretrial release and compliant with all conditions.

Thank you for your consideration of this request.

Sincerely,

*[signature]*

Susan K. Marcus. Esq.
Attorney for Simone Cordero

Application GRANTED. Sentencing is hereby ADJOURNED to June 1, 2022, at 3:15 p.m. The Clerk of Court is directed to terminate Doc. #658. SO ORDERED.

*[signature]*

April 25, 2022