Law Firm of
## Susan K Marcus LLC
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆E: susan@skmarcuslaw.com

May 17, 2022

<u>VIA ECF</u>

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

In re: *United States v. Arguedas (on behalf of Simone Cordero)*, 20-cr-135 (JMF)

Dear Judge Furman:

I write to request a very brief adjournment for the filing of Ms. Cordero's sentencing memorandum. It is currently due May 18, 2022. I am requesting a brief adjournment to Friday, May 20, 2022, as I am awaiting important records pertinent to her sentencing (that I am told I will receive no later than Friday).

AUSA Brandon Harper consents to the adjournment. I am not requesting an adjournment of her sentencing date, currently set for June 1, 2022.

Thank you for your consideration of this request.

Sincerely,

Susan K. Marcus. Esq.
Attorney for Simone Cordero

Application GRANTED. The Clerk of Court is directed to terminate Doc. #674. SO ORDERED.

May 17, 2022